**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| GUADALUPE APARICIO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| SMITH COUNTY MUNICIPAL UTILITY | § | CASE NO. 6:19-CV-606-KNM |
| DISTRICT NO. 1 a/k/a EAST TEXAS | § | |
| MUNICIPAL UTILITY DISTRICT, LANE | § | |
| THOMPSON, DAVID HAIR, MICHAEL | § | |
| DANAPAS, WILLIAM SNIDER, RITA | § | |
| KLINE, and CHARLES GARRETT, | § | |
| | § | |
| *Defendants.* | § | |

**FINAL JUDGMENT**

Having dismissed all pending claims in this matter, the Court now enters final judgment.

It is therefore

**ORDERED**, **ADJUDGED**, and **DECREED** that this action is dismissed with prejudice.

The Clerk of the Court is directed to close this case.


So ORDERED and SIGNED this 9th day of April, 2021.


K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE